**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANKEL PATEL,<br><br>                Petitioner,<br><br>   v.<br><br>GISELLE MATESON, et al.,<br><br>                Respondent. | Case No. 2:20-cv-09126-SB-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court also has reviewed Petitioner's objections to the Report and Recommendation, which were filed on August 29, 2022 ("Objections").  (Objs., ECF No. 48.)  As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected.  The Objections lack merit for the reasons stated in the Report and Recommendation.

The Court finds no defect of law, fact, or logic in the Report and Recommendation.  The Court concurs with and accepts the findings, conclusions,

and recommendations of the United States Magistrate Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: September 28, 2022

Stanley Blumenfeld, Jr.
United States District Judge

2